NEWTON J. SMITH v. JAMES T. RILEY ET AL.

Abatement and Revivors—Code Procedure—Common Law Petition.
    The mere summary record of revivor presented by the code of practice
    does not abolish the sure mode by petition according to the common law.

APPEAL FROM GRAVES CIRCUIT COURT.

December 1, 1869.

OPINION OF THE COURT BY JUDGE ROBERTSON:

The more summary record of revivor presented by the Code of of Practice does not, as often adjudged, abolish the more circuitous and sure mode of petition according to the common law. The case appearing to have been fully prepared in the common law mode, the circuit court erred in striking it from the docket as unprepared.

Wherefore, the judgment is reversed and the case remanded with instructions to reinstate it on the docket.

*Tice,* for appellant.

*Anderson,* for appellee.